## BEATTY, Respondent, *v.* THELEINANN, Appellant.

*(Common Pleas of New York City and County, General Term.* November 5, 1890.)

Defendant appeals from an order entered May 31, 1890, sustaining the refusal of the clerk to tax his costs.

*Fallon, Brunnemer & Crandall*, for appellant. *J. M. Williams*, for respondent.

No opinion. Order affirmed, with costs. See 8 N. Y. Supp. 645.

---

## MEYERS, Respondent, *v.* METROPOLITAN EL. R. CO. *et al.*, Appellants.

*(Common Pleas of New York City and County, General Term.* November 5, 1890.)

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*Davies & Rapallo*, for appellants. *Abbett & Fuller*, for respondent.

No opinion. Motion to dismiss appeal for non-service of papers denied, without costs, upon condition that defendants serve printed papers on or before November 11, 1890.

---

## FULLER, Respondent, *v.* KEMP, Appellant.

*(Common Pleas of New York City and County, General Term.* November 6, 1890.)

Appeal from special term.

*R. Floyd Clarke*, for appellant. *H. W. Thompson*, for respondent.

No opinion. Order denying defendant's motion to compel service of reply affirmed, with costs.

---

## HALL, Respondent, *v.* DENNERLEIN, Appellant.

*(Common Pleas of New York City and County, General Term.* November 6, 1890.)

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*H. C. Henderson*, for appellant. *Thos. S. Bassford*, for respondent.

No opinion. Motion to dismiss appeal and strike cause from calendar for non-service of printed papers granted, with costs.

---

## MOLLOY, Appellant, *v.* JOHNSON, Respondent.

*(Common Pleas of New York City and County, General Term.* November 7, 1890.)

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*P. C. Talman*, for respondent.

No opinion. Motion to dismiss appeal for non-service of printed papers granted, with costs.

---

## KLINE *et al.*, Respondent, *v.* W. D. WILSON PRINTING INK CO., Appellant.

*(Common Pleas of New York City and County, General Term.* November 10, 1890.)

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*Ph. Carpenter*, for appellant. *Horwitz & Herschfield*, for respondent.

No opinion. Judgment affirmed, with costs.